IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEE MADDEN                                                      PLAINTIFF

v.                          Civil No. 08- 5/80

LARRY NORRIS, Director,
Arkansas Department of Correction;
MIKE BEEBE, Arkansas Attorney
General; ARKANSAS BOARD OF
PAROLE; THE UNITED STATES
OF AMERICA; and OFFICER
MONGER, Eastern Arkansas
Regional Unit                                                  DEFENDANTS

## ORDER

Lee Madden (#136534) an inmate of Arkansas Department of Correction (ADC), East Arkansas

Regional Unit, submitted this *pro se* action for filing. The clerk is directed to file the complaint and

application to proceed *in forma pauperis* (IFP).

The East Arkansas Regional Unit is located in Brickeys, Arkansas. Brickeys, Arkansas, is in

Lee County. Lee County is within the Eastern District of Arkansas. All events that are the subject of

the complaint occurred within the Eastern District of Arkansas. The plaintiff is incarcerated in the

Eastern District of Arkansas and the defendants, with the exception of the United States, are located

within the Eastern District of Arkansas. The Court finds the interests of justice would be best served by

transferring this case to the United States District Court for the Eastern District of Arkansas. Venue

would be proper in the Eastern District, the majority of the defendants are located there and the events

complained of allegedly occurred there. See 28 U.S.C. § 1406(a).[1]

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id.*

-1-

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Eastern District of Arkansas, 600 West Capitol Avenue, Suite 402, Little Rock, Arkansas, 72201-3325.

The matter of service and the application to proceed IFP will be determined at a later date.

IT IS SO ORDERED this 13th day of August 2008.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 1 4 2008

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-2-